961 F.2d 209
 Mattei (George, Jr.), by Spodak (Shirley)
v.
Western Pennsylvania Hospital, Slater and Goldfarb Surgical
Associates, P.C., Burn Care Associates, Slater (H.),
Goldfarb (I.W.), Moy (George), Fiehler (P.C.), Scott (J.H.),
Scott-Anderson Ltd., Evans Rosen Portnoy & Quinn, Rosen (Neil R.)
 NO. 91-3502
 United States Court of Appeals,
Third Circuit.
 Feb 25, 1992
 
 Appeal From: W.D.Pa.,
 Bloch, J.
 
 
 1
 AFFIRMED.